UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY T. WILSON,

      Plaintiff,

v.                                   CASE NO. 6:06-cv-1456-Orl-19KRS

OFFICER Z. CASTANO, et al.,

      Defendants.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On January 4, 2007, the Court ordered Plaintiff to submit completed service forms to the Clerk's Office (Doc. No. 12).  Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice.  As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1.     This case is hereby **DISMISSED** without prejudice.

2.     The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 30th    day of January, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 1/30
Anthony T. Wilson